April 30, 2013



# JUDGMENT
# The Fourteenth Court of Appeals

LINDA TURNER, Appellant

NO. 14-13-00181-CV         V.

DOW CORNING CORPORATION, DOW CORNING WRIGHT CORPORATION, SUZY PFARDRESHER, GERALD JOHNSON MD, FRANCISCO RUIZ MD, PHILIP ROTHENBERT MD, GENERAL ELECTRIC COMPANY, FRANK J. GEROW MD, THOMAS CRONIN MD, MICHAEL EISENMAN MD, SENG DOI MD, RONALD HOLMES MD, CESAR GUERRA MD, JOSEPH AGRIS MD, JEAN CUKIER MD, THOMAS BIGGS MD, BILLY RINGER MD, FRANKLIN ROSE MD, WILMER WEST MD, CURTIS BALDWIN MD, RICHARD VARIK MD, JOHN CHRIST MD, EDWARD MELMED MD, MILTON ROWLEY MD, WESLEY WASHBURN MD, SIROD CORPORATION, SURGITEK INC., COOPERVISION INC, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, CBI MEDICAL INC., WILSHIRE FOAM PRODUCTS INC., DENNIS LYNCH MD, UNION CARBIDE, HARLAN POLLOCK MD, BILL SULLIVAN, BAXTER HEALTHCARE CORPORATION, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Linda Turner.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.